ACCEPTED
05-14-00585-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/30/2015 11:21:51 AM
LISA MATZ
CLERK

# GEORGANNA L. SIMPSON, P.C.

### ATTORNEY AT LAW
1349 EMPIRE CENTRAL DRIVE
WOODVIEW TOWER, SUITE 600
DALLAS, TEXAS 75247-4042
PHONE 214-905-3739 • FAX 214-905-3799

GEORGANNA L. SIMPSON
EMAIL: georganna@glsimpsonpc.com

OF COUNSEL: ELIZABETH HEARN

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

9/30/2015 11:21:51 AM

LISA MATZ
Clerk

September 30, 2015

Lisa Matz, Clerk                                              **Via E-Filing**
Court of Appeals, 5th District
600 Commerce Street, Suite 200
Dallas, TX 75202

      Re:    Cause No. 05-14-00585-CV
               In the Interest of S.B.H., a child

Dear Ms. Matz:

In response to your September 29, 2015 letter regarding the oral argument scheduled for 11:00 a.m. on November 17, 2015, in the above-referenced matter, I will be presenting oral argument on behalf of the Appellant Kala Dharma.

Thank you for your assistance in this matter.

Cordially,

*Georganna L. Simpson*

Georganna L. Simpson